UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-80968-CIV-MATTHEWMAN

ARI GOLDMAN,

Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

Defendant.

_______________________________________/

FILED BY SW D.C.
Jul 23, 2024
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

**JUDGMENT**

Consistent with the Order on Motions for Summary Judgment [DE 14], Judgment is hereby entered on behalf of Defendant, Commissioner of Social Security Administration, and against Plaintiff, Ari Goldman. Plaintiff shall take nothing from Defendant.

The Clerk of Court is **DIRECTED** to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 23rd day of July, 2024.

WILLIAM MATTHEWMAN
United States Magistrate Judge